HENRY PISTCHAL, Appellant, *v.* JANET L. DURANT, Respondent; BASIL N. DURANT, Intervenor, Respondent.

*Pistchal* v. *Durant*, 168 App. Div. 100, appeal dismissed.
(Submitted September 28, 1915; decided October 12, 1915.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1915, which reversed two orders of Special Term, one denying a motion to vacate a garnishee order granted under section 1391 of the Code of Civil Procedure, and one directing a trustee to pay over to the sheriff the income from a trust fund.

*Max Perlman* for appellant.

*Warren McConihe* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.